**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil Action No. 3:24-mc-00153-GCM**

| | |
|---|---|
| LARADA SCIENCES, INC., | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| PEDIATRIC HAIR SOLUTIONS CORPORATION, JOHN E. FASSLER, M.D., and SHEILA M. FASSLER, | ) |
| | ) |
| Respondents. | ) |

**LARADA SCIENCES, INC.'S OBJECTION TO DEBTORS NOTICE OF RIGHT TO HAVE EXEMPTIONS DESIGNATED BY SHEILA M. FASSLER AND JOHN E. FASSLER, M.D.**

COMES NOW Plaintiff, Larada Sciences, Inc. ("Plaintiff" or "Larada"), and provides this Objection to the October 6, 2026, Debtors Notice of Right to have Exemptions Designated (the "Notices") filed by Sheila M. Fassler and John E. Fassler, M.D (collectively "the Fasslers"). (Dkt. Nos. 24 and 25). In support of this Objection, Plaintiff proffers the following:

1. Under N.C. Gen. Stat. § 1C-1601, an individual resident of North Carolina who is a judgment debtor may keep certain property free from a writ of execution.

2. Plaintiff objects to the claims asserted at Section 8 of the Notices because the Fasslers claimed the full $35,000.00 residential real property exemption. (*See* Dkt. Nos. 24 and 25 at § 5).

3. Plaintiff also objects to Sheila Fassler's claim at Section 8 of her Notice because the "South State Bank – 1140 (joint account with husband) has been used to comingle funds from various sources that are not exempt from execution. (*See* Dkt. No. 24 at Exhibit A, ¶ 8). For example, the account contains, among other things, deposits from Pediatric Hair Solutions (which

is also a judgment debtor in this proceeding), tax refunds, insurance payments to Sheila Fassler and John Fassler, and non-wage payments to John Fassler from Sonic Automotive.

4. Plaintiff also objects to Sheila Fassler's claim at Section 8 of her Notice, because the "Interest in FloSonix Ventures, LLC" is not the type of property a judgment debtor may claim under N.C. Gen. Stat. § 1C-1601. (*See* Dkt. No. 24 at Exhibit A, ¶ 8).

5. Plaintiff objects to John E. Fassler, M.D.'s claim at Section 8 of his Notice, because the "Interest in Nephrology Associates, P.A./1436 Riverchase Blvd., Rock Hill, SC 29732", "NAP, LLC", and "NAP Lancaster, LLC", because John E. Fassler, M.D. claimed the full $35,000.00 in residential real property and the items claimed by John E. Fassler, M.D. at Section 8 of his Notice are not the type of property a judgment debtor may claim under N.C. Gen. Stat. § 1C-1601. (*See* Dkt. No. 25 at Exhibit A, ¶ 8).

Respectfully submitted, this the 16th day of October, 2026.

s/ Philip A. Hinson
NC Bar No. 42907
Lewis Brisbois Bisgaard & Smith LLP
521 East Morehead Street, Suite 250
Charlotte, North Carolina 28202
Telephone: (704) 557-9929
Email: Philip.Hinson@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2026, the foregoing "**LARADA SCIENCES, INC.'S OBJECTION TO THE NOTICES TO CLAIM EXEMPT PROPERTY BY SHEILA M. FASSLER AND JOHN E FASSLER, M.D.**" was electronically filed via the CM/ECF system, which will send notification of filings to the following counsel of record:

Stacy C. Cordes
Cordes Law, PLLC
1057 East Morehead Street, Suite 120
Charlotte, North Carolina 28204
Counsel for Defendants

s/ Philip A. Hinson
NC Bar No. 42907
Lewis Brisbois Bisgaard & Smith LLP
521 East Morehead Street, Suite 250
Charlotte, North Carolina 28202
Telephone: (704) 557-9929
Email: Philip.Hinson@lewisbrisbois.com